MARTHA A. GUION, Respondent, *v.* DAVID T. WILLIAMS et al., as Executors, etc., Appellants.

(Argued February 3, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 9, 1889, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Sidney S. Harris* for appellants.

*Charles N. Judson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.